IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREGORY STARK, *et al.*,

      Plaintiffs,

      Case No. 2:20-cv-2922

vs.

      Judge Michael H. Watson

      Chief Magistrate Judge Elizabeth P. Deavers

KEYCORP, *et al.*,

      Defendants.

## ORDER

Plaintiffs' counsel inadvertently filed this case in the Southern District of Ohio.  This case is hereby **TRANSFERRED** to the Northern District of Ohio at Cleveland.

      **IT IS SO ORDERED.**


DATED:  June 8, 2020

      */s/ Elizabeth A. Preston Deavers*
      ELIZABETH A. PRESTON DEAVERS
      CHIEF UNITED STATES MAGISTRATE JUDGE